

# Fourth Court of Appeals
## San Antonio, Texas

July 16, 2018

No. 04-17-00676-CV

**REAL PROPERTY LOCATED AT 404 FULLER ST., KERRVILLE, KERR COUNTY, TEXAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. 16620A
Honorable N. Keith Williams, Judge Presiding

## O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
              Marialyn Barnard, Justice
              Patricia O. Alvarez, Justice

This is an appeal of a judgment in a civil forfeiture proceeding. The first brief appellant filed on February 20, 2018 was stricken because the brief failed to comply with Rule 38.1 of the Texas Rules of Appellate Procedure, including the rules requiring appellant to provide citations to the appellate record. The second brief filed by appellant on May 7, 2018 was not ordered stricken; however, appellant was informed the court could consider her appellate complaints waived due to inadequate briefing.

In her reply brief filed on July 2, 2018, appellant asserts she requested a copy of the appellate record from the trial court but never received the record. Our record reflects the trial court signed an order finding appellant indigent for purposes of the appellate record. Although the appellate record was filed in this court without requiring appellant to pay the fees for the preparation of the appellate record, appellant was never provided with a copy of the record.

It is therefore ORDERED that the clerk of this court include a copy of the appellate record with appellant's copy of this order. Appellant's briefs filed on May 7, 2018 and July 2, 2018 are STRICKEN. Appellant must file an amended brief **no later than thirty days from the date of this orde**r. Appellant is reminded that her brief contains numerous violations of Rule

38.1 as referenced in this court's March 8, 2018 order and May 9, 2018 letter separate and apart from her failure to provide citations to the appellate record, including her failure to cite any case law or other authority in support of her arguments in her original brief or in response to the law cited by the State in her reply brief. *See* TEX. R. APP. P. 38.1(i) (requiring argument to be supported by appropriate citations to authority). Appellant is also reminded that her failure to correct the briefing deficiencies in this third opportunity will allow this court to consider her appellate complaints waived due to inadequate briefing. *See, e.g., Lott v. First Bank*, No. 04-13-00531-CV, 2014 WL 4922896, at *2 (Tex. App.—San Antonio Oct. 1, 2014, no pet.); *Castillo v. Peoples*, No. 04-13-00311-CV, 2014 WL 1089750, at *3 (Tex. App.—San Antonio Mar. 19, 2014, pet. denied).

Entered on this 16ᵗʰ day of July, 2018.

**PER CURIAM**

ATTESTED TO:_____

Keith E. Hottle,
Clerk of Court

